IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK KILCREASE-TIGER, Individually
and on Behalf of All Others Similarly
Situated                                                                                    PLAINTIFF

v.                              No. 4:19-cv-798-DPM

WELSPUN PIPES, INC.; WELSPUN
TUBULAR, LLC; and WELSPUN USA,
INC.                                                                                        DEFENDANTS

## JUDGMENT

Kilcrease-Tiger's claims are dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 October 2020